**Order entered October 14, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00058-CR

**WILLIAM SNOW, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 282nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F11-35377-S**

## ORDER

On September 17, 2013, this Court ordered the Dallas County District Clerk to file, within fifteen days, a supplemental record containing the judicial confession for this case. To date, we have not received the supplemental record.

Accordingly, we **ORDER** the Dallas County District Clerk to file, within **TEN DAYS** of the date of this order, a supplemental record containing the judicial confession in this case.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Gary Fitzsimmons, Dallas County District Clerk; the Dallas County District Clerk's Office, Criminal Records Division; and to counsel for all parties.

/s/    LANA MYERS
       JUSTICE